UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                                 :

LUIGI ABREU,                                         :

                      Plaintiff,                   :

                                            :          22 Civ. 3605 (JPC)
      -v-                                   :

                                            :          <u>ORDER</u>

ARCADIA WELLNESS, LLC,                             :

                      Defendant.               :

------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

        On July 15, 2022, the Court directed Plaintiff to file the Amended Complaint by July 21, 2022 and serve the Amended Complaint and summons on Defendant by August 22, 2022.  Dkt. 10.  Defendant has not appeared in this action and the docket does not reflect that Defendant has been served.  Accordingly, it is hereby ORDERED that, by August 26, 2022, Plaintiff shall file a letter advising the Court as to the status of service on Defendant.

        SO ORDERED.

Dated: August 23, 2022
       New York, New York
                                                          JOHN P. CRONAN
                                                United States District Judge