UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

——————————————————————— x

LUIGI ABREU, Individually, and On Behalf   :   Case No.: 1:22-cv-03605-JPC
of All Others Similarly Situated,         :
                           :
                    Plaintiff,  :
                           :
   vs.                        :   **NOTICE OF SETTLEMENT**
                           :
ARCADIA WELLNESS, LLC,       :
                           :
                  Defendant.  :
                           :

——————————————————————— x

Plaintiff Luigi Abreu ("Plaintiff") hereby notifies the Court that the present case has settled between Plaintiff and defendant Arcadia Wellness, LLC ("Defendant") (collectively, the "parties"), and states as follows:

1.      A settlement agreement is in the process of being finalized between the parties. Once the settlement agreement is fully executed, and Plaintiff has received the consideration required, the parties will respectfully request that the case be dismissed and closed.

2.      The parties respectfully request that the Court stay this action and adjourn all deadlines and conferences for 60 days.

DATED:  December 16, 2022          **MIZRAHI KROUB LLP**


                                    /s/ Edward Y. Kroub
                                   EDWARD Y. KROUB

                              EDWARD Y. KROUB
                              WILLIAM J. DOWNES
                              225 Broadway, 39th Floor
                              New York, NY  10007
                              Telephone:  212/595-6200
                              212/595-9700 (fax)
                              ekroub@mizrahikroub.com
                              wdownes@mizrahikroub.com

                              *Attorneys for Plaintiff*