UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
LUIGI ABREU, :
:
Plaintiff, :
: 22 Civ. 3605 (JPC)
-v- :
: ORDER
ARCADIA WELLNESS, LLC, :
:
Defendant. :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On December 16, 2022, Plaintiff filed a Notice of Settlement and requested the Court enter a stay of 60 days pending finalization of the settlement agreement.  Dkt. 29.  The Court granted the request in part and stayed the case for 30 days.  Dkt. 30.  The Court directed the parties to submit a stipulation of dismissal or a joint letter as to the status of settlement by January 18, 2023.  *Id.*  That deadline has passed, and the docket does not reflect a stipulation of dismissal or a status letter from the parties.  Accordingly, the parties' deadline to submit a stipulation of dismissal or a status letter as to settlement is adjourned to January 23, 2023.  In their status letter, the parties should address whether a referral to the Court-annexed Mediation Program or to the Honorable Barbara C. Moses for a settlement conference would be beneficial at this time.  If the parties once again fail to meet this deadline, the Court will lift the stay and set a deadline for Defendant to respond to the Second Amended Complaint.

SO ORDERED.

Dated: January 19, 2023                                 _____
        New York, New York                                        JOHN P. CRONAN
                                                        United States District Judge