

Edward Kroub – Partner
225 Broadway, 39th Floor
New York, NY 10007
P: (212) 595-6200
F: (212) 595-9700
ekroub@mizrahikroub.com

January 23, 2023

**<u>VIA ECF</u>**

The Honorable John P. Cronan
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *Abreu v. CMG Partners, Inc.*; <u>Case No. 1:22-cv-03605 (JPC)</u>

Dear Judge Cronan:

      We represent plaintiff Luigi Abreu in the above-referenced action. Pursuant to the Court's Order on January 19, 2023, we write jointly with counsel for defendant Arcadia Wellness, LLC to respectfully inform the Court that despite the diligent efforts of both parties, and notwithstanding much being accomplished, the parties have not yet finalized and consummated the settlement in this action. *See* Docket No. 31. The parties anticipate that the settlement process will be fully completed within the next thirty days. As such, the Parties respectfully request an additional thirty days in which to consummate the agreement. The Parties do not believe a referral to the Court-annexed Mediation Program or to the Honorable Barbara C. Moses for a settlement conference would be beneficial at this time as the Parties have already reached a settlement in principal.

      Respectfully submitted,

      _____
      EDWARD Y. KROUB

      _____
      JENNIFER S. RUSIE

Cc:    All Counsel of Record (via ECF)