UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

LUIGI ABREU, Individually, and On Behalf of All Others Similarly Situated,

                             Plaintiff,

vs.

ARCADIA WELLNESS, LLC,

                             Defendant.

---------------------------------------------------------------x

Case No.: 1:22-cv-03605-JPC

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Luigi Abreu hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice against defendant Arcadia Wellness, LLC

DATED: February 2, 2023

**MIZRAHI KROUB LLP**

/s/ Edward Y. Kroub
EDWARD Y. KROUB

EDWARD Y. KROUB
WILLIAM J. DOWNES
225 Broadway, 39th Floor
New York, NY 10007
Telephone: 212/595-6200
212/595-9700 (fax)
ekroub@mizrahikroub.com
wdownes@mizrahikroub.com

*Attorneys for Plaintiff*

---

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may file a notice of dismissal to dismiss an action without a court order prior to the opposing party serving an answer or a motion for summary judgment. *Accord* Fed R. Civ. P. 41(a)(1)(B) (permitting notice of voluntary dismissal with prejudice). Accordingly, the Clerk of Court is respectfully directed to close this case.

SO ORDERED.

February 6, 2023
New York, New York

JOHN P. CRONAN
United States District Judge